# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

      **v.**         Case No. 3:01cr61-03/RV

**STEVEN BURDEN**

_____/

## ORDER REDUCING SENTENCE

    Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc. 125) The Government has certified defendant Burden's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

    Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED. Accordingly, defendant Burden's sentence and judgment entered herein on November 16, 2001, is hereby amended and his sentence of imprisonment is reduced from a term of two hundred forty (240) months with 10 years of supervised release to a term of one hundred twenty (120) months and five years of supervised release. In all other respects, the defendant's judgment of November 16, 2001 (doc. 97), remains in full force and effect.

    DONE AND ORDERED this 28th day of September, 2005.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **Senior U.S. District Judge**